MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Acting Criminal Chief

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-0910
   Fax: (408) 535-5066
   E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

FILED
DEC 28 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00894 LHK (TM) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER OF DETENTION PENDING TRIAL |
| v. | ) | |
| RYAN DUNN, | ) | |
| Defendant. | ) | |

    In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on December 21, 2010. Defendant was present, represented by his attorney Eugene Martinez, Esq. The United States was represented by Assistant U.S. Attorney Allison Danner.

Part I. Presumptions Applicable

    There is probable cause based upon the indictment to believe that the defendant has committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in 21 U.S.C. § 801 et seq., § 951 et seq., or § 955a et seq.

    This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

DETENTION ORDER
10-00894 LHK (TM)

Part II. Rebuttal of Presumptions, If Applicable

The defendant has not come forward with sufficient evidence to rebut the applicable presumption, and he therefore will be ordered detained.

Part III. Written Findings of Fact and Statement of Reasons for Detention

The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows:

- A indictment has been returned against the defendant for one violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(viiii), and three violations of 21 U.S.C §§ 841(a)(1) and 841(b)(1)(B)(viiii). These offenses carry a maximum term of imprisonment of forty years.

- The charges in the indictment establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community

- The Court finds that there is a serious risk that the defendant will not appear for his court appearances in this case.

- The defendant has not rebutted the applicable presumption.

Part IV. Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 12/28/10

TIMOTHY BOMMER
United States Magistrate Judge

DETENTION ORDER
10-00894 LHK (TM)

2