1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   ALLISON MARSTON DANNER (CABN 195046)
   Assistant United States Attorney
5
6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-0910
      FAX: (408) 535-5066
      Email: allison.danner@usdoj.gov
8
9  Attorneys for the United States

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 | UNITED STATES OF AMERICA,        )   No.  CR 10-00894 LHK
                                      )
15 |     Plaintiff,                   )   STIPULATION AND [~~PROPOSED~~]
                                      )   ORDER TO CONTINUE STATUS
16 | v.                               )   CONFERENCE FROM OCTOBER 19,
                                      )   2011 TO NOVEMBER 30, 2011
17 | RYAN DUNN,                       )
                                      )
18 |     Defendant.                   )   Date:  October 19, 2011
                                      )   Time:  10:00 a.m.
19                                    )   Court: The Hon. Lucy H. Koh
                                      )
20 |_____)

21

22     There is currently a status date scheduled in the above-captioned matter on October 19,

23 2011.  Government and defense counsel jointly move the vacate the current status date and to set

24 a new status date of November 30, 2011 at 10:00 a.m.  Both the government and defense counsel

25 continue to investigate this matter and to negotiate and appropriate disposition for the case.  The

26 parties agree that the time between October 19, 2011 and November 30, 2011 is properly

27 excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A)

28 and 3161(h)(7)(B)(iv) as reasonable time necessary for effective preparation, taking into the

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 10-00894 LHK]

1  account the exercise of due diligence, and that the interests of justice outweigh the best interest of
2  the public and the defendant in a speedy trial.
3  SO STIPULATED:

5                                                          MELINDA HAAG
                                                           United States Attorney

7  DATED: October 17, 2011                                 ___\s_____
                                                           ALLISON MARSTON DANNER
8                                                          Assistant United States Attorney

10 DATED: October 17, 2011                                 ___\s_____
                                                           EUGENE MARTINEZ
11                                                         Attorney for RYAN DUNN

13    For the foregoing reasons, the Court continues the next status conference in this case from
   October 19, 2011 to November 30, 2011 at 10 a.m.  For the reasons stated above, the Court
   further finds that the ends of justice served by granting the requested continuance outweigh the
   best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and
   3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from October 19, 2011 through
   November 30, 2011.

19 SO ORDERED.

23 DATED:   10/18/2011                                     _____
                                                           LUCY H. KOH
                                                           Judge, United States District Court