1  Eugene J. Martinez
   LAW OFFICES OF EUGENE J. MARTINEZ
2  146 Central Ave.
   Salinas, CA 93901
3
   Telephone: (831)754-1234
4  Fax: (831)751-7797
   SBN: 81209
5
   Attorney for: RYAN DUNN
6

**Filed**

MAY 2 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7              UNITED STATES DISTRICT COURT

8       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA          )
   CALIFORNIA,                       )   Case No. 5:10-cr-00894-LHK
12               Plaintiff,          )
                                     )   STIPULATION AND (PROPOSED)
13                                   )   ORDER TO CONTINUE SENTENCING
                                     )
14                                   )
   Ryan Dunn                         )
15                                   )
                                     )
16          Defendant.               )

It is hereby stipulated by the parties that, with the court's consent, the matter of sentencing in the above-case be postponed to June 13, 2012 at 9:00 a.m. The basis for this continuance is that defense counsel is in a homicide jury trial in Santa Cruz County Superior Court that is expected to last through May 25, 2012.

Please be advised that the Judge's clerk Martha Parker Brown has been notified and approved the date of June 13, 2012.

//

//

So stipulated,

Page 1

Dated:   May 21, 2012                    _____/s/_____
                                          Eugene J. Martinez
                                          Attorney at Law

Dated:   May 21, 2012, It is so stipulated:

                                          _____/s/_____
                                          Allison Danner, AUSA


For the foregoing reasons, the Court continues the sentencing in the case from May 23, 2012 to June 13, 2012 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance.


SO ORDERED:


DATED: 5/22/12                          _____/s/ Lucy H. Koh_____
                                          LUCY H. KOH
                                          Judge, United States District Court