Eugene J. Martinez, Esq.
Law Offices of Martinez & Associates
146 Central Avenue
Salinas, California 93901
Telephone: (831) 754-1234
Facsimile: (831) 751-7797
CA State Bar No. 81209

Attorney for Defendant, Ryan Dunn

RECEIVED JUN 15 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Filed JUN 18 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>　　　　Plaintiff,<br>vs.<br>RYAN DUNN,<br>　　　　Defendant. | Case No. CR 10-00894 LHK<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that the defendant's ~~previously~~-ordered surrender date of June 20, 2012 be extended to ~~July 20, 2012 at 9:00~~ a.m. at which date and time the defendant will self-surrender directly to ~~a federal prison~~ facility as designated by the Bureau of Prisons or, if no such ~~designation~~ is made by the Bureau of Prisons, the defendant will surrender to the United ~~States~~ Marshall at the United States Federal Building, 280 South First Street San Jose, California.

**DENIED. Defendant's surrender date remains as set.** — Lucy H. Koh

Dated: June 18, 2012    Signed: _____
                                UNITED STATES DISTRICT COURT JUDGE